UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON ANDERSON,

                Plaintiff,

-against-

BHARATKUM PATHAK individually and as agent, servant and/or employee of FOMBRUN SEJOUR and YELLOW DOG LEASING, LLC, a Foreign Corp,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/24/2021

20 Civ. 11005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 5, 2021, the Court notified Plaintiff that he did not adequately allege the citizenship of Defendant Yellow Dog Leasing, LLC and ordered him to show cause in writing, by January 19, 2021, why this action should not be transferred to the United States District Court for the Eastern District of New York. ECF No. 3. Plaintiff failed to respond to that order.

    On March 22, 2021, Plaintiff moved for leave to amend his pleadings "to include citizenship with respect to each party." ECF No. 7. In his request, Plaintiff did not include the citizenship of natural persons who are members of Yellow Dog Leasing, LLC and the place of incorporation and principal place of business of any corporate entities who are members of Yellow Dog Leasing, LLC.

    Accordingly, by **April 1, 2021**, Plaintiff shall file a letter with the Court regarding the citizenship of Yellow Dog Leasing, LLC.

    If Plaintiff fails to respond within the time allowed, or fails to show that venue is proper in the Southern District of New York and that the action should not be transferred in the interest of justice, the Court shall transfer this case to the United States District Court for the Eastern

District of New York.

    SO ORDERED.

Dated: March 24, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge